**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DILENIA PAGUADA, on behalf of herself and all :
others similarly situated, :
                                   :
                      Plaintiff, :
                                     :
           -against- :
                                       :
THE KAIROS GROUP, INC., :
                                       :
                      Defendant. :
                                       :
                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                             ORDER

                     20 Civ. 9260 (GBD)

**GEORGE B. DANIELS, United States District Judge:**

    The March 4, 2021 initial conference is adjourned to May 27, 2021 at 9:30 a.m.


Dated: March 1, 2021
      New York, New York

                                    SO ORDERED.

                                    _George B. Daniels_

                                    GEORGE B. DANIELS
                                    United States District Judge