**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DILENIA PAGUADA, on behalf of herself and all
others similarly situated,

                 Plaintiff,

      -against-

THE KAIROS GROUP, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELECTRONICALLY FILED

MAY 0 4 2021

ORDER

20 Civ. 9260 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the Plaintiff's notice that the parties have reached a settlement in this matter,

all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall

submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: May 4, 2021
      New York, New York

                                  SO ORDERED.

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge